**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

For:   __X__   Debtor
       _____   Attorney
       _____   Creditor

*If joint case, please check the appropriate line as set out below:*

New address is for:           _____   Husband and Wife
                              _____   Husband Only
                              _____   Wife Only

*[If applicable]*   Case Name:    Kimberly A. Longden

*[If applicable]*   Case Number:  09-51204-FJS

New Address: P.O. Box 12974

    City: Newport News    State: VA    Zip Code: 23612

Old Address: 5315 Chestnut Fork Road

    City: Gloucester    State: VA    Zip Code: 23061

New Telephone Number:

/s/ Sarah R. Clarson

| | |
|---|---|
| Laura Taylor Alridge (VSB #42549) | Boleman Law Firm, P.C. |
| G. Russell Boleman III (VSB #32484) | Convergence Center III |
| John R. Bollinger (VSB #46672) | 272 Bendix Road, Suite 130 |
| Linda W. Coppinger (VSB #19612) | Virginia Beach, VA 23452 |
| Sarah R. Clarson (VSB #78953) | Telephone (757) 313-3000 |
| Amanda E. DeBerry (VSB #83805) | Facsimile (804) 358-8704 |
| Emily C. Fort (VSB #83889) | |
| Angela M. Haen (VSB # 82173) | |
| Matthew R. Hahne (VSB #68213) | |
| Patrick T. Keith (VSB #48446) | |
| Jennifer T. Langley (VSB #81454) | |
| Mark C. Leffler (VSB #40712) | |
| Barry W. Spear (VSB #39152) | |

Counsel for Debtor(s)

Date: August 13, 2014
cc:   Trustee, United States Trustee

Rev. 02/13